# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | Case No. 25-11879 |
| Stephen Dacey Gorman | : | Chapter 7 |
| Martha Angela Gorman | | |
| | : | Judge SUZANA KRSTEVSKI KOCH |
| Debtor(s). | | |

## SPECIAL LIMITED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF CUYAHOGA COMMUNITY COLLEGE

PLEASE TAKE NOTICE that Cuyahoga Community College appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address:

> Keith D. Weiner
> Special Counsel to the Ohio Attorney General
> Keith D. Weiner & Assoc. Co. LPA
> 1100 Superior Ave East, Suite 1100
> Cleveland, Ohio 44114
> 216-771-6500
> 216-771-0133 (FAX)
> bankruptcy@weinerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Cuyahoga Community College.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's exercise of jurisdiction over the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State of Ohio or any of its other departments, agencies, boards, or other instrumentalities.

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Lindsey I. Hall (#0075152)
Special Counsel to the Ohio
Attorney General
Keith D. Weiner & Assoc. Co. LPA
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
216-771-6500
216-771-0133 (fax)
bankruptcy@weinerlaw.com

# CERTIFICATE OF SERVICE

I certify that on May 21, 2025, a true and correct copy of Cuyahoga Community College's Notice of Appearance and Request for Notices was served:

Via the Court's Electric Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Jesse Mark Knevel    jesse@knevellpa.com, kneveljr86520@notify.bestcase.com
- David O. Simon, Trustee    david@simonlpa.com, dosimon@ecf.axosfs.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Stephen Dacey Gorman
2014 Keystone Road
Parma, OH 44134

Martha Angela Gorman
2014 Keystone Road
Parma, OH 44134

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Lindsey I. Hall (#0075152)