United States Bankruptcy Court

Northern District of Ohio

In re:  
Stephen Dacey Gorman  
Martha Angela Gorman  
    Debtors

Case No. 25-11879-skk  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: bwiga     Page 1 of 3  
Date Rcvd: Aug 14, 2025     Form ID: 318     Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Stephen Dacey Gorman, Martha Angela Gorman, 2014 Keystone Road, Parma, OH 44134-3017 |
| 28163315 | + | Capital Recovery Corp., PO Box 4100, Canton, GA 30114-0217 |
| 28163318 | + | Credit One Bank, c/o LVNV Funding, Po Box 10466, Cleveland, OH 44110-0466 |
| 28163324 | + | Irhythm Technologies Inc., Dept CH 19717, Palatine, IL 60055-0001 |
| 28163327 | + | Lifestance Health, PO Box 675136, Detroit, MI 48267-5136 |
| 28163329 | + | Medcredit, Inc., PO Box 505600, Saint Louis, MO 63150-5600 |
| 28163331 | + | Midland Credit Management, Inc., 3033 Campus Drive, Ste. 250, Minneapolis, MN 55441-2685 |
| 28163338 | + | Southwest General, PO Box 630076, Cincinnati, OH 45263-0076 |
| 28163339 | + | Southwest General Hlth Center, 18697 Bagley Road, Middleburg Heights, OH 44130-3497 |
| 28163343 | + | University Hospital Urgent Care, PO Box 440219, Nashville, TN 37244-0219 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QDOSIMON.COM | Aug 15 2025 00:53:00 | David O. Simon, Trustee, 3659 Green Road, Suite 106, Cleveland, OH 44122-5715 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Aug 14 2025 21:06:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | + | EDI: AISACG.COM | Aug 15 2025 00:53:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 28163342 | | Email/Text: akron_patient_services@teamhealth.com | Aug 14 2025 21:06:00 | TeamHealth, 3585 Ridge Park Drive, Akron, OH 44333 |
| 28163311 | + | EDI: GMACFS.COM | Aug 15 2025 00:53:00 | Ally Financial Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 28163313 | + | EDI: PRA.COM | Aug 15 2025 00:53:00 | Capital One, c/o Portfolio Recovery Associates, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 28163312 | | EDI: CAPITALONE.COM | Aug 15 2025 00:53:00 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 28163316 | + | Email/Text: bankruptcies@ccf.org | Aug 14 2025 21:06:00 | Cleveland Clinic, PO Box 89410, Cleveland, OH 44101-6410 |
| 28163317 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2025 21:10:23 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 28163319 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 14 2025 21:07:00 | Dept Of Education/nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 28163320 | + | EDI: AMINFOFP.COM | Aug 15 2025 00:53:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 28163323 | | EDI: IRS.COM | Aug 15 2025 00:53:00 | Internal Revenue Service, Atty General of the United States, U.S. Department of Justice Tax Divi, P.O. Box 55, Ben Franklin Station, Washington, DC 20044 |
| 28163325 | + | Email/Text: SMail@jbllc.com | Aug 14 2025 21:06:00 | Javitch Blcok LLC, 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114-2521 |
| 28163328 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 21:10:07 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 28163330 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2025 21:07:00 | Midland Credit, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 28163333 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 14 2025 21:07:00 | Ohio Department of Taxation, c/o Attorney General, Collection Enforcement - Bankruptcy, 30 East Broad St., 14th Floor, Columbus, OH 43215 |
| 28163332 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 14 2025 21:07:00 | Ohio Department of Taxation, P.O. Box 182401, Columbus, OH 43218-2401 |
| 28163334 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 14 2025 21:07:00 | Ohio Dept of Taxation, Attn: Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 28163335 | + | EDI: AGFINANCE.COM | Aug 15 2025 00:53:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 28163336 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:06:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 28163337 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 14 2025 21:10:39 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 28163340 | + | Email/PDF: HCABKNotifications@resurgent.com | Aug 14 2025 21:10:22 | Southwest General Hospital, PO Box 740760, Cincinnati, OH 45274-0760 |
| 28163341 | ^ | MEBN | Aug 14 2025 20:58:36 | Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024-4109 |
| 28163344 | | Email/Text: bknotice@upgrade.com | Aug 14 2025 21:05:00 | Upgrade, 275 Battery Street, 23rd floor, San Francisco, CA 94111 |
| 28163345 | + | EDI: LCIUPSTART | Aug 15 2025 00:53:00 | Upstart, PO Box 1503, San Carlos, CA 94070-7503 |
| 28163346 | | Email/Text: dispute@velocityrecoveries.com | Aug 14 2025 21:06:00 | Velocity Investments, LLC, 1800 Route 34n, Suite 305, Wall, NJ 07719 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cuyahoga Community College |
| 28163322 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 28163321 | *+ | Internal Revenue Service, Insolvency Group 6, 1240 East Ninth Street, Room 493, Cleveland, OH 44199-9941 |
| 28163326 | *+ | Javitch Blcok LLC, 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114-2521 |
| 28163347 | *P++ | VELOCITY PORTFOLIO GROUP INC, 1800 RT 34 NORTH, BLDG 3 SUITE 305, WALL NJ 07719-9146, address filed with court:, Velocity Investments, LLC, 1800 Route 34n, Suite 305, Wall, NJ 07719 |
| 28163348 | *P++ | VELOCITY PORTFOLIO GROUP INC, 1800 RT 34 NORTH, BLDG 3 SUITE 305, WALL NJ 07719-9146, address filed with court:, Velocity Investments, LLC, 1800 Route 34n, Suite 305, Wall, NJ 07719 |
| 28163314 | ##+ | Capital One Bank, 471 East Broad Street, 12th Fl., Columbus, OH 43215-3806 |

District/off: 0647-1 | User: bwiga | Page 3 of 3
Date Rcvd: Aug 14, 2025 | Form ID: 318 | Total Noticed: 36
TOTAL: 1 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2025        Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| David O. Simon, Trustee | david@simonlpa.com dosimon@ecf.axosfs.com |
| Jesse Mark Knevel | on behalf of Debtor Martha Angela Gorman jesse@knevellpa.com kneveljr86520@notify.bestcase.com |
| Jesse Mark Knevel | on behalf of Debtor Stephen Dacey Gorman jesse@knevellpa.com kneveljr86520@notify.bestcase.com |
| Keith D. Weiner | on behalf of Creditor Cuyahoga Community College bankruptcy@weinerlaw.com |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Stephen Dacey Gorman<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8689<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Martha Angela Gorman<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7233<br>EIN  __–_____ |
| United States Bankruptcy Court   Northern District of Ohio | | |
| Case number:   25–11879–skk | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen Dacey Gorman                    Martha Angela Gorman

8/14/25                                  **By the court:** <u>SUZANA KRSTEVSKI KOCH</u>
                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**