Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 25−11879−skk**

**In re:**

| | |
|---|---|
| Stephen Dacey Gorman<br>2014 Keystone Road<br>Parma, OH 44134 | Martha Angela Gorman<br>2014 Keystone Road<br>Parma, OH 44134 |

**Social Security No.:**

xxx−xx−8689                                                                xxx−xx−7233

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ David O. Simon, Trustee is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** August 19, 2025
Form ohnb136a